# EXHIBIT A

## EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLENE HOPKINS, Individually, as Wrongful Death Heir, and as Successor-in-Interest to NORMAN HOPKINS, JR., Deceased; and MICHELLE HOPKINS, and MICHAEL HOPKINS, as Legal Heirs of NORMAN HOPKINS, Deceased, and THE FLINTKOTE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> PLANT INSULATION COMPANY; UNIROYAL HOLDING, INC.; IMPERIAL TOBACCO CANADA LIMITED; SULLIVAN & CROMWELL LLP; and DOES 1 through 100, <br><br> Defendants. | Case No. _____ |

## PROVISIONAL ORDER REGARDING EMERGENCY PETITION OF IMPERIAL TOBACCO CANADA LIMITED FOR AN ORDER OF TRANSFER PURSUANT TO 28 U.S.C. § 157(B)(5)

This matter having come before the Court on the Emergency Petition of Imperial Tobacco Canada Limited ("ITCAN") for an order of transfer pursuant to 28 U.S.C. § 157(b)(5) (the "Petition"); the Court having reviewed the Petition, and adequate and sufficient notice of the Petition having been given under the circumstances; and it appearing that the relief requested is warranted under 28 U.S.C. § 157(b)(5) and is in the best interests of the parties; it is hereby

ORDERED, that the Petition is granted on a provisional basis as set forth herein; and it is further

ORDERED, that the civil action styled MARLENE HOPKINS, Individually, as

1387047/2

Wrongful Death Heir, and as Successor-in-Interest to NORMAN HOPKINS, JR., Deceased; and MICHELLE HOPKINS, and MICHAEL HOPKINS, as Legal Heirs of NORMAN HOPKINS, Deceased, THE FLINTKOTE COMPANY THE OFFICIAL COMMITTEE OF THE ASBESTOS PERSONAL INJURY CLAIMANTS, JAMES J. MCMONAGLE as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS v. PLANT INSULATION COMPANY; UNIROYAL HOLDING, INC.; IMPERIAL TOBACCO CANADA LIMITED; SULLIVAN & CROMWELL LLP; and DOES 1 through 100, originally filed in the Superior Court of California (Unlimited Jurisdiction) for the County of San Francisco Civil Action No. with case no. 06-450944 (the "Pending Action") shall be transferred to this Court on a provisional basis pending this Court's final determination of the appropriate venue for the Pending Action pursuant to 28 U.S.C. § 157(b)(5); and it is further

ORDERED, that all other proceedings related to the Pending Action that are currently pending before any other court shall be stayed pending further order of this Court.

Dated: May ___, 2006

_____
United States District Court Judge

1387047/2