## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLENE HOPKINS, Individually, as<br>Wrongful Death Heir, and as Successor-in-<br>Interest to NORMAN HOPKINS, JR.,<br>Deceased; and MICHELLE HOPKINS, and<br>MICHAEL HOPKINS, as Legal Heirs of<br>NORMAN HOPKINS, Deceased, THE<br>FLINTKOTE COMPANY, THE OFFICIAL<br>COMMITTEE OF THE ASBESTOS<br>PERSONAL INJURY CLAIMANTS, and<br>JAMES J. MCMONAGLE as the LEGAL<br>REPRESENTATIVE FOR FUTURE<br>ASBESTOS PERSONAL INJURY<br>CLAIMANTS<br><br>          Plaintiffs,<br><br>     vs.<br><br>PLANT INSULATION COMPANY;<br>UNIROYAL HOLDING, INC.; IMPERIAL<br>TOBACCO CANADA LIMITED;<br>SULLIVAN & CROMWELL LLP; and<br>DOES 1 through 100,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. _____ |

## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

**NOW COMES** Imperial Tobacco Canada Limited ("ITCAN"), by and through its undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and hereby makes and files this Corporate Disclosure Statement, showing this Court that:

1.     ITCAN is a direct, wholly owned subsidiary of British American Tobacco Holdings (Canada) B.V.;

2.     British American Tobacco Holdings (Canada) B.V. is an indirect, but wholly-owned, subsidiary of B.A.T Industries p.l.c.; and

1387053

3.     There is no publicly-held corporation that owns 10% or more of the stock of

B.A.T Industries p.l.c.

This 5th day of May, 2006.

Respectfully submitted,


MORRIS, JAMES, HITCHENS & WILLIAMS
LLP


Stephen M. Miller (#2610)
Brett D. Fallon (#2480)
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Telecopier: (302) 571-1750
E-mail: smiller@morrisjames.com


and

KING & SPALDING LLP
L. Joseph Loveland
James A. Pardo, Jr.
Mark M. Maloney
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Phone: 404-572-4600
Fax: 404-572-5141
jloveland@kslaw.com
jpardo@kslaw.com
mmaloney@kslaw.com

Attorneys for Defendant Imperial Tobacco Canada
Limited

1387052

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MARLENE HOPKINS, Individually, as )
Wrongful Death Heir, and as Successor-in- )
Interest to NORMAN HOPKINS, JR., )
Deceased; and MICHELLE HOPKINS, and )
MICHAEL HOPKINS, as Legal Heirs of )
NORMAN HOPKINS, Deceased, THE )
FLINTKOTE COMPANY, THE OFFICIAL )
COMMITTEE OF THE ASBESTOS )
PERSONAL INJURY CLAIMANTS, and )
JAMES J. MCMONAGLE as the LEGAL )
REPRESENTATIVE FOR FUTURE )
ASBESTOS PERSONAL INJURY )
CLAIMANTS )
                            )
         Plaintiffs, )    Civil Action No. _____
                            )
    vs. )
                            )
PLANT INSULATION COMPANY; )
UNIROYAL HOLDING, INC.; IMPERIAL )
TOBACCO CANADA LIMITED; )
SULLIVAN & CROMWELL LLP; and )
DOES 1 through 100, )
                            )
         Defendants. )

**AFFIDAVIT OF REBECCA WORKMAN, PARALEGAL**

STATE OF DELAWARE    :
                      : SS:
NEW CASTLE COUNTY    :

      I, Rebecca Workman, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 5, 2006, I caused to be served:

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

      Service was completed upon parties on the attached list in the manner indicated thereon.

1387171/1

Date:   May 5, 2006.

_Rebecca Workman_
Rebecca Workman

SWORN AND SUBSCRIBED before me this 5th day of May, 2006.

NOTARY

Notary
My C...    State of D...

1387171/1

**VIA FIRST CLASS MAIL**

Gilbert L. Purcell, Esquire
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169
(Attorneys for Plaintiff Marlene
Hopkins, Michelle Hopkins, and
Michael Hopkins)

Stephen M. Snyder, Esquire
Snyder Miller & Orton LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
(Attorneys for Plaintiffs The
Flintkote Company, The
Official Committee of Asbestos
Personal Injury Claimants, and
James J. McMonagle as the
Legal Representative for Future
Asbestos Personal Injury Claimants)

Eliot S. Jubelirer, Esquire
Jean L. Bertrand, Esquire
Morgenstein & Jubelirer
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
(Additional Counsel for Plaintiffs)

Alan Pedlar, Esquire
The Law Office of Alan Pedlar
1112 Via Malibu
Aptos, CA 95083
(Additional Counsel for Plaintiffs)

Kelly C. Wooster, Esquire
112 Rock Creek Court
P.O. Box 62
Copperopolis, CA 95228
(Additional Counsel for Plaintiffs)

**VIA FIRST CLASS MAIL**

Kevin T. Lantry
Jeffrey E. Bjork
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
Attorneys for The Flintkote Company

Gregory D. Phillips
Rohit K. Single
Brad D. Brian
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Attorneys for Sullivan & Cromwell

Monte S. Travis
Travis & Pon
2001 Fillmore Street
San Francisco, CA 94115-2708
Attorneys for Plant Insulation

Nancy E. Hudgins
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Attorneys for Uniroyal Holdings, Inc.

**VIA HAND DELIVERY**

Laura Davis Jones
James E. O'Neill, III
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, DE 19899-8705
Attorneys for The Flintkote Company

1387171/1

**VIA HAND DELIVERY**

Marla Eskin, Esquire
Kathleen Campbell, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(Counsel for the Official Committee of
Creditors)

James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(Counsel to Legal Representative)

1387171/1