UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLENE HOPKINS, Individually, as Wrongful Death Heir, and as Successor-in-Interest to NORMAN HOPKINS, JR., Deceased; and MICHELLE HOPKINS, and MICHAEL HOPKINS, as Legal Heirs of NORMAN HOPKINS, Deceased, and THE FLINTKOTE COMPANY, THE OFFICIAL COMMITTEE OF CLAIMANTS, and JAMES J. MCMONAGLE as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTSOS PERSONAL INJURY CLAIMANTS<br>　　　　　　　　Plaintiffs,<br>vs.<br><br>PLANT INSULATION COMPANY; UNIROYAL HOLDING, INC.; IMPERIAL TOBACCO CANADA LIMITED; SULLIVAN & CROMWELL LLP; and DOES 1 through 100,<br><br>　　　　　　　　Defendants | Civil Action No. 1:06-CV-00298-JJF |

**FLINTKOTE'S RULE 7.1 SUBMISSION**
**(DEMAND FOR JURY TRIAL)**

Pursuant to F.R.Civ.Proc. 7.1 The Flintkote Company states that it has no parent corporation and no publicly held corporation owns its shares.

Respectfully submitted,

Dated: May 12, 2006

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

_/s/ James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Counsel for The Flintkote Company

{00008018.DOC; 1}

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLENE HOPKINS, Individually, as Wrongful Death Heir, and as Successor-in-Interest to NORMAN HOPKINS, JR., Deceased; and MICHELLE HOPKINS, and MICHAEL HOPKINS, as Legal Heirs of NORMAN HOPKINS, Deceased, and THE FLINTKOTE COMPANY, THE OFFICIAL COMMITTEE OF CLAIMANTS, and JAMES J. MCMONAGLE as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTSOS PERSONAL INJURY CLAIMANTS<br>　　　　　　　Plaintiffs,<br>vs.<br><br>PLANT INSULATION COMPANY; UNIROYAL HOLDING, INC.; IMPERIAL TOBACCO CANADA LIMITED; SULLIVAN & CROMWELL LLP; and DOES 1 through 100,<br>　　　　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:06-CV-00298-JJF |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

Kathleen Forte Finlayson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, attorneys for the Plaintiff The Flintkote Company in the above-captioned action, and that on the 12th day of May 2006 she caused a copy of the following document(s) to be served upon the parties on the attached service list in the manner indicated:

**FLINTKOTE'S RULE 7.1 SUBMISSION**

#118152 v1 - Flintkote District Court Affidavit Service (06-298)

**FLINTKOTE'S RESPONSE TO EMERGENCY MOTION OF IMPERIAL TOBACCO CANADA LIMITED FOR IMMEDIATE ENTRY OF A PROVISIONAL ORDER, OR IN THE ALTERNATIVE, AN EXPEDITED HEARING REGARDING ITS EMERGENCY PETITION FOR AN ORDER OF TRANSFER PURSUANT TO 28 U.S.C. § 157(B)(5)**
**(DEMAND FOR JURY TRIAL)**

_____
Kathleen Forte Finlayson

Sworn to and Subscribed before
me this 12th day of May 2006

_____
Notary Public
Commission Exp.: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

DOCS_DE:118152.1

Flintkote District Court Service List
Case No. 06-298-JJF
Doc. # 105046
005 – Hand Delivery
013 – Federal Express

**HAND DELIVERY**
*(Co-Counsel for Debtors and Plaintiff, The Flintkote Company)*
James E. O'Neill
Laura Davis Jones
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub P.C.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**HAND DELIVERY**
*(Office of the United States Trustee)*
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Lock Box 35, Room 2311
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel to the Official Committee of Asbestos Personal Injury Claimants)*
Marla Eskin, Esquire
Campbell & Levine, LLC
800 King Street, Ste 300
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel to the Legal Representative for Future Claimants)*
Edwin J. Harron
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

**HAND DELIVERY**
*(Counsel for Defendant Imperial Tobacco Canada Limited)*
Stephen M. Miller
Brett D. Fallon
Carl N. Kunz, III
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**OVERNIGHT DELIVERY**
*(Co-Counsel for Defendant Imperial Tobacco Canada Limited)*
L. Joseph Loveland
James A. Pardo, Jr.
Mark M. Maloney
King & Spalding LLP
1180 Peachtree Street, N.W.
Atlanta, GA 30309

**OVERNIGHT DELIVERY**
*(Co-Counsel for Debtors and Plaintiff, The Flintkote Company)*
Jeffrey E. Bjork, Esquire
Sidley Austin Brown & Wood LLP
555 W. 5th Street, Suite 4000
Los Angeles, California 90013

**OVERNIGHT DELIVERY**
*(Counsel to the Official Committee of Asbestos Personal Injury Claimants)*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**OVERNIGHT DELIVERY**
*(Counsel to the Official Committee of Asbestos Personal Injury Claimants)*
Philip E. Milch
Campbell & Levine, LLC
1700 Grant Building, 310 Grant Street
Pittsburgh, PA 15219

**OVERNIGHT DELIVERY**
*(Counsel to the Legal Representative for Future Claimants)*
Matthew E. Albers
Vorys, Sater, Seymour & Pease LLP
2100 One Cleveland Ctr.
1375 E. 9th St.
Cleveland, Ohio 44114

**OVERNIGHT DELIVERY**
*(Counsel for Plaintiff, The Flintkote Company)*
Stephen M. Snyder, Esquire
Snyder Miller & Orton LLP
111 Sutter, Ste 1950
San Francisco, CA 94104

*OVERNIGHT DELIVERY*
*(Counsel for Plaintiff, The Flintkote Company)*
Eliot S. Jubelirer
Morgenstein & Jubelirer
One Market
Spear Street Tower. 32nd Floor
San Francisco, CA 94105

*OVERNIGHT DELIVERY*
*(Counsel for Plaintiff, The Flintkote Company)*
Alan Pedlar, Esquire
The Law Office of Alan Pedlar
1112 Via Malibu
Aptos, CA 95083

*OVERNIGHT DELIVERY*
*(Counsel for Plaintiff, The Flintkote Company)*
Kelly C. Wooster, Esquire
112 Rock Creek Court
P.O. Box 62
Copperopolis, CA 95228

*OVERNIGHT DELIVERY*
*(Counsel for Plaintiff Marlene Hopkins, Michelle Hopkins and Michael Hopkins)*
Gilbert L. Purcell, Esquire
Brayton Purcell, LLP
222 Rush Landing Road
Novaro, CA 94948

*OVERNIGHT DELIVERY*
*(Counsel for Sullivan & Cromwell)*
Gregory D. Phillips
Rohit K. Single
Brad D. Brian
Munger, Tolles & Olsen LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071

*OVERNIGHT DELIVERY*
*(Counsel for Plant Insulation)*
Monte S. Travis
Travis & Pon
2001 Fillmore Street
San Francisco, CA 94115

*OVERNIGHT DELIVERY*
*(Counsel for Uniroyal Holdings, Inc.)*
Nancy E. Hudgins
Uniroyal Holdings, Inc.
565 Commercial Street, 4th Floor
San Francisco, CA 94111

DOCS_DE:118154.1