IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLENE HOPKINS, Individually, as Wrongful Death Heir, and as Successor-in-Interest to NORMAN HOPKINS, JR., Deceased; and MICHELLE HOPKINS, and MICHAEL HOPKINS, as Legal Heirs of NORMAN HOPKINS, Deceased, THE FLINTKOTE COMPANY, THE OFFICIAL COMMITTEE OF THE ASBESTOS PERSONAL INJURY CLAIMANTS, and JAMES J. MCMONAGLE as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS<br><br>                Plaintiffs,<br><br>  vs.<br><br>PLANT INSULATION COMPANY; UNIROYAL HOLDING, INC.; IMPERIAL TOBACCO CANADA LIMITED; SULLIVAN & CROMWELL LLP; and DOES 1 through 100,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-298 (JJF) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to District Court Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Mark M. Maloney, Esquire, of King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, to represent Imperial Tobacco Canada Limited in this matter.

1389701

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Stephen M. Miller

Stephen M. Miller (#2610)
Brett D. Fallon (#2480)
Carl N. Kunz, III (#3201)
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile:   (302) 571-1750
Email: smiller@morrisjames.com
Email: bfallon@morrisjames.com
Email: ckunz@morrisjames.com

Attorneys for Imperial Tobacco Canada Limited

Date: May 16, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                                              United States District Court Judge

1389701

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing in the State of Georgia. Pursuant to District Court Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Signed: *[signature]*

Date: May 16, 2006

Mark M. Maloney, Esquire
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
Telephone No.: (404) 572-4857
Telecopy No.: (404) 572-5100
E-mail: mmaloney@kslaw.com

1389701

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLENE HOPKINS, Individually, as Wrongful Death Heir, and as Successor-in-Interest to NORMAN HOPKINS, JR., Deceased; and MICHELLE HOPKINS, and MICHAEL HOPKINS, as Legal Heirs of NORMAN HOPKINS, Deceased, THE FLINTKOTE COMPANY, THE OFFICIAL COMMITTEE OF THE ASBESTOS PERSONAL INJURY CLAIMANTS, and JAMES J. MCMONAGLE as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS<br><br>        Plaintiffs,<br><br>vs.<br><br>PLANT INSULATION COMPANY; UNIROYAL HOLDING, INC.; IMPERIAL TOBACCO CANADA LIMITED; SULLIVAN & CROMWELL LLP; and DOES 1 through 100,<br><br>        Defendants. | Civil Action No. 06-298 (JJF) |

## AFFIDAVIT OF REBECCA WORKMAN, PARALEGAL

STATE OF DELAWARE    :
                            : SS:
NEW CASTLE COUNTY   :

    I, Rebecca Workman, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 16, 2006, I caused to be served:

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

1391548/1

Service was completed upon parties on the attached list in the manner indicated thereon.

Date:   May 16, 2006.

*Rebecca Workman* (signature)
Rebecca Workman

SWORN AND SUBSCRIBED before me this 16th day of May, 2006.

_____
NOTARY

Notary
My C...
State of De...
...res Feb 2...

1391548/1

| | |
|---|---|
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| Gilbert L. Purcell, Esquire<br>Brayton Purcell, LLP<br>222 Rush Landing Road<br>Novato, CA 94948-6169<br>(Attorneys for Plaintiff Marlene Hopkins, Michelle Hopkins, and Michael Hopkins) | Kevin T. Lantry<br>Jeffrey E. Bjork<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Attorneys for The Flintkote Company |
| Stephen M. Snyder, Esquire<br>Snyder Miller & Orton LLP<br>111 Sutter Street, Suite 1950<br>San Francisco, CA 94104<br>(Attorneys for Plaintiffs The Flintkote Company, The Official Committee of Asbestos Personal Injury Claimants, and James J. McMonagle as the Legal Representative for Future Asbestos Personal Injury Claimants) | Gregory D. Phillips<br>Rohit K. Single<br>Brad D. Brian<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Attorneys for Sullivan & Cromwell |
| | Monte S. Travis<br>Travis & Pon<br>2001 Fillmore Street<br>San Francisco, CA 94115-2708<br>Attorneys for Plant Insulation |
| Eliot S. Jubelirer, Esquire<br>Jean L. Bertrand, Esquire<br>Morgenstein & Jubelirer<br>One Market, Spear Street Tower<br>Thirty-Second Floor<br>San Francisco, CA 94105<br>(Additional Counsel for Plaintiffs) | Nancy E. Hudgins<br>565 Commercial Street, 4th Floor<br>San Francisco, CA 94111<br>Attorneys for Uniroyal Holdings, Inc. |
| Alan Pedlar, Esquire<br>The Law Office of Alan Pedlar<br>1112 Via Malibu<br>Aptos, CA 95003<br>(Additional Counsel for Plaintiffs) | **VIA HAND DELIVERY**<br><br>Laura Davis Jones<br>James E. O'Neill, III<br>Pachulski Stang Ziehl Young Jones & Weintraub LLP<br>919 North Market Street, 17th Floor<br>Post Office Box 8705<br>Wilmington, DE 19899-8705<br>Attorneys for The Flintkote Company |
| Kelly C. Wooster, Esquire<br>112 Rock Creek Court<br>P.O. Box 62<br>Copperopolis, CA 95228<br>(Additional Counsel for Plaintiffs) | |

1391548/1

**VIA HAND DELIVERY**

Marla Eskin, Esquire
Kathleen Campbell, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(Counsel for the Official Committee of Creditors)

James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(Counsel to Legal Representative)

1391548/1