# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MARLENE HOPKINS, Individually, as )
Wrongful Death Heir, and as Successor-in- )
Interest to NORMAN HOPKINS, JR., )
Deceased; and MICHELLE HOPKINS, and )
MICHAEL HOPKINS, as Legal Heirs of )
NORMAN HOPKINS, Deceased, THE )
FLINTKOTE COMPANY, THE OFFICIAL )
COMMITTEE OF THE ASBESTOS )
PERSONAL INJURY CLAIMANTS, and )
JAMES J. MCMONAGLE as the LEGAL )
REPRESENTATIVE FOR FUTURE )
ASBESTOS PERSONAL INJURY )
CLAIMANTS, )
                                      )
            Plaintiffs,               )    C. A. No. 06-298 (JJF)
                                      )
    vs.                               )
                                      )
PLANT INSULATION COMPANY; )
UNIROYAL HOLDING, INC.; IMPERIAL )
TOBACCO CANADA LIMITED; )
SULLIVAN & CROMWELL LLP; and )
DOES 1 through 100, )
                                      )
            Defendants.               )
                                      )

## IMPERIAL TOBACCO CANADA LIMITED'S
## MOTION TO EXCEED PAGE LIMIT

Defendant, Imperial Tobacco Canada Limited ("ITCAN"), by its undersigned counsel, hereby moves for leave of Court pursuant to Local Rule 7.1.3(a)(4) to exceed the page limit for its reply brief in support of its Emergency Petition of Imperial Tobacco Canada Limited For An Order Of Transfer Pursuant To 28 U.S.C. § 157(b)(5) (the "Petition"). The grounds for this motion are as follows:

1. On or about May 5, 2006, ITCAN filed an 18 page opening brief in support of the Petition (Docket No. 3).

1395177/1

2.   On or about May 19, 2006, The Flintkote Company ("Flintkote") filed Debtor's Opposition To Emergency Petition of Imperial Tobacco Canada Limited For An Order Of Transfer Pursuant to 28 U.S.C. § 157(B)(5) (Docket No. 17) (the "Answering Brief").   In the Answering Brief, Flintkote spends a little more than 12 pages discussing all of the relevant facts and the issues related to transfer under § 157(b)(5).   However, Flintkote then spends 25 pages of the Answering Brief arguing abstention for the first time.   Abstention is typically raised by separate motion and was not addressed at all by ITCAN's original motion, petition or brief.

3.   Under this Court's rules, reply briefs are typically limited to 20 pages.   However, such a rule contemplates that a movant is only replying to issues raised in response to points raised in the original motion and briefing.   However, by raising and arguing for abstention for 25 pages for the first time in the Answering Brief, Flintkote has, in essence, moved for abstention. ITCAN respectfully requests that it be permitted to file a 40 page reply brief, the amount normally allotted for an answering brief.   The additional pages are necessary in order for ITCAN to fully and fairly respond to the Answering Brief raising abstention for the first time.

WHEREFORE, ITCAN respectfully requests that the Court enter the attached order permitting ITCAN to file a reply brief not to exceed 40 pages.

Dated: May 24, 2006          MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____

Stephen M. Miller (#2610)
Brett D. Fallon (#2480)
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Telecopier: (302) 571-1750
Email: smiller@morrisjames.com
Email:  bfallon@morrisjames.com

1395177/1

and

KING & SPALDING LLP
L. Joseph Loveland
James A. Pardo, Jr.
Mark M. Maloney
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5141
Email:  jloveland@kslaw.com
Email:  jpardo@kslaw.com
Email:  mmaloney@kslaw.com
*Attorneys for Defendant Imperial Tobacco Canada Limited*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

MARLENE HOPKINS, Individually, as )
Wrongful Death Heir, and as Successor-in- )
Interest to NORMAN HOPKINS, JR., )
Deceased; and MICHELLE HOPKINS, and )
MICHAEL HOPKINS, as Legal Heirs of )
NORMAN HOPKINS, Deceased, THE )
FLINTKOTE COMPANY, THE OFFICIAL )
COMMITTEE OF THE ASBESTOS )
PERSONAL INJURY CLAIMANTS, and )
JAMES J. MCMONAGLE as the LEGAL )
REPRESENTATIVE FOR FUTURE )
ASBESTOS PERSONAL INJURY )
CLAIMANTS, )
                                         )
            Plaintiffs,                  )    C. A. No. 06-298 (JJF)
                                         )
    vs.                                  )
                                         )
PLANT INSULATION COMPANY;                )
UNIROYAL HOLDING, INC.; IMPERIAL         )
TOBACCO CANADA LIMITED;                  )
SULLIVAN & CROMWELL LLP; and             )
DOES 1 through 100,                      )
                                         )
            Defendants.                  )
_____)

## STATEMENT PURSUANT TO D. DEL. LR 7.1.1

On Wednesday, May 24, 2006, at various times, I called and spoke to James E. O'Neill, III and Laura Davis Jones, Debtor's counsel, to discuss ITCAN's Motion to Exceed Page Limit (the "Motion"). As of the filing of the Motion, Mr. O'Neill informed me that Debtor has not taken a position. Therefore, at this point, we are treating the Motion as opposed but will promptly inform the Court if Debtor does agree to or does not oppose the Motion.

Dated: May 24, 2006          MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Stephen M. Miller (#2610)
Brett D. Fallon (#2480)
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6800
Telecopier: (302) 571-1750
Email: smiller@morrisjames.com
Email:  bfallon@morrisjames.com

and

KING & SPALDING LLP
L. Joseph Loveland
James A. Pardo, Jr.
Mark M. Maloney
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone: 404-572-4600
Facsimile: 404-572-5141
Email:  jloveland@kslaw.com
Email:  jpardo@kslaw.com
Email:  mmaloney@kslaw.com
*Attorneys for Defendant Imperial Tobacco Canada Limited*

1395265/1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MARLENE HOPKINS, Individually, as<br>Wrongful Death Heir, and as Successor-in-<br>Interest to NORMAN HOPKINS, JR.,<br>Deceased; and MICHELLE HOPKINS, and<br>MICHAEL HOPKINS, as Legal Heirs of<br>NORMAN HOPKINS, Deceased, THE<br>FLINTKOTE COMPANY, THE OFFICIAL<br>COMMITTEE OF THE ASBESTOS<br>PERSONAL INJURY CLAIMANTS, and<br>JAMES J. MCMONAGLE as the LEGAL<br>REPRESENTATIVE FOR FUTURE<br>ASBESTOS PERSONAL INJURY<br>CLAIMANTS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 06-298 (JJF) |
| vs. | ) ) | |
| PLANT INSULATION COMPANY;<br>UNIROYAL HOLDING, INC.; IMPERIAL<br>TOBACCO CANADA LIMITED;<br>SULLIVAN & CROMWELL LLP; and<br>DOES 1 through 100, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The Court, having considered Imperial Tobacco Canada Limited's ("ITCAN") Motion to Exceed Page Limit, and good cause having been shown, it is hereby ORDERED that ITCAN's Motion is GRANTED, and ITCAN's Reply Brief in Support of Their Petition for an Order of Transfer Pursuant to 28 U.S.C. § 157(b)(5) shall not exceed 40 pages.

Dated: May ___, 2006

_____
Judge

1395181/1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MARLENE HOPKINS, Individually, as )
Wrongful Death Heir, and as Successor-in- )
Interest to NORMAN HOPKINS, JR., )
Deceased; and MICHELLE HOPKINS, and )
MICHAEL HOPKINS, as Legal Heirs of )
NORMAN HOPKINS, Deceased, THE )
FLINTKOTE COMPANY, THE OFFICIAL )
COMMITTEE OF THE ASBESTOS )
PERSONAL INJURY CLAIMANTS, and )
JAMES J. MCMONAGLE as the LEGAL )
REPRESENTATIVE FOR FUTURE )
ASBESTOS PERSONAL INJURY )
CLAIMANTS )
)
           Plaintiffs,      )     Civil Action No. 06-298 (JJF)
)
   vs.              )
)
PLANT INSULATION COMPANY; )
UNIROYAL HOLDING, INC.; IMPERIAL )
TOBACCO CANADA LIMITED; )
SULLIVAN & CROMWELL LLP; and )
DOES 1 through 100, )
)
        Defendants.    )
_____)

## AFFIDAVIT OF REBECCA WORKMAN, PARALEGAL

STATE OF DELAWARE   :
                   :  SS:
NEW CASTLE COUNTY  :

    I, Rebecca Workman, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 24, 2006, I caused to be served:

## IMPERIAL TOBACCO CANADA LIMITED'S
## MOTION TO EXCEED PAGE LIMIT

1395412/1

Service was completed upon parties on the attached list in the manner indicated thereon.

Date:   May 24, 2006.

Rebecca Workman

SWORN AND SUBSCRIBED before me this 24th day of May, 2006.

NOTARY

DIANE J. ZICKGRAF
Notary Public - State of Delaware
My Commission Expires Feb. 21, 2007

1395412/1

**VIA FIRST CLASS MAIL**

Gilbert L. Purcell, Esquire
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94948-6169
(Attorneys for Plaintiff Marlene
Hopkins, Michelle Hopkins, and
Michael Hopkins)

Stephen M. Snyder, Esquire
Snyder Miller & Orton LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
(Attorneys for Plaintiffs The
Flintkote Company, The
Official Committee of Asbestos
Personal Injury Claimants, and
James J. McMonagle as the
Legal Representative for Future
Asbestos Personal Injury Claimants)

Eliot S. Jubelirer, Esquire
Jean L. Bertrand, Esquire
Morgenstein & Jubelirer
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
(Additional Counsel for Plaintiffs)

Alan Pedlar, Esquire
The Law Office of Alan Pedlar
1112 Via Malibu
Aptos, CA 95003
(Additional Counsel for Plaintiffs)

Kelly C. Wooster, Esquire
112 Rock Creek Court
P.O. Box 62
Copperopolis, CA 95228
(Additional Counsel for Plaintiffs)

**VIA FIRST CLASS MAIL**

Kevin T. Lantry
Jeffrey E. Bjork
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
Attorneys for The Flintkote Company

Gregory D. Phillips
Rohit K. Single
Brad D. Brian
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Attorneys for Sullivan & Cromwell

Monte S. Travis
Travis & Pon
2001 Fillmore Street
San Francisco, CA 94115-2708
Attorneys for Plant Insulation

Nancy E. Hudgins
565 Commercial Street, 4th Floor
San Francisco, CA 94111
Attorneys for Uniroyal Holdings, Inc.

**VIA HAND DELIVERY**

Laura Davis Jones
James E. O'Neill, III
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
Post Office Box 8705
Wilmington, DE 19899-8705
Attorneys for The Flintkote Company

**VIA HAND DELIVERY**

Marla Eskin, Esquire
Kathleen Campbell, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(Counsel for the Official Committee of
Creditors)

James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(Counsel to Legal Representative)