IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARLENE HOPKINS, Individually, as Wrongful Death Heir, and as Successor-in-Interest to NORMAN HOPKINS, JR., Deceased; and MICHELLE HOPKINS, and MICHAEL HOPKINS, as Legal Heirs of NORMAN HOPKINS, Deceases, THE FLINTKOTE COMPANY, THE OFFICIAL COMMITTEE OF THE ASBESTOS PERSONAL INJURY CLAIMANTS, and JAMES J. MCMONAGLE as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS,<br><br>        Plaintiffs,<br><br>vs.<br><br>PLANT INSULATION COMPANY, UNIROYAL HOLDING., IMPERIAL TOBACCO CANADA LIMITED, SULLIVAN & CROMWELL LLP, AND DOES 1 through 100,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-298 (JJF) |

## NOTICE OF ENTRY OF APPEARANCE

TO:    CLERK OF THE COURT
        ALL COUNSEL LISTED ON ATTACHED CERTIFICATE OF SERVICE

PLEASE ENTER the appearance of Daniel J. DeFranceschi and Jason M. Madron of the firm Richards, Layton & Finger, P.A., in the above-captioned action as counsel to Defendant Sullivan & Cromwell LLP.

RLF1-3023772-1

Dated: June 8, 2006
      Wilmington, Delaware

/s/ Jason M. Madron
Daniel J. DeFranceschi (DE Bar No. 2732)
Jason M. Madron (DE Bar No. 4431)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
Fax: (302) 651-7701
Email: defranceschi@rlf.com
       madron@rlf.com

-and-

Rohit K. Singla
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
(415) 512-4000
Fax: (415) 512-4077
Email: Rohit.Singla@mto.com

*Counsel for Defendant Sullivan & Cromwell LLP*

2

RLF1-3023772-1

**CERTIFICATE OF SERVICE**

I, Jason M. Madron, hereby certify that on June 8, 2006, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of Court using CM/ECF,

I further certify that on June 8, 2006, the foregoing Notice of Entry of Appearance was sent to the following participants by First Class U.S. Mail:

Gilbert L. Purcell, Esq.
Brayton Purcell, LLP
22 Rush Landing Road
Novato, CA 94948-6169
(Attorneys for Plaintiffs Marlene Hopkins, Michelle Hopkins and Michael Hopkins)

Kevin T. Lantry, Esq.
Jeffrey E. Bjork, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013
(Attorneys for The Flintkote Company)

Stephen M. Snyder, Esq.
Snyder Miller & Orton LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94014
(Attorneys for Plaintiffs The Flintkote Company, The Official Committee of Asbestos Personal Injury Claimants and James J. McMonagle, as the Legal Representative for Future Asbestos Personal Injury Claimants)

Gregory D. Phillips, Esq.
Brad D. Brian, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Avenue
Los Angeles, CA 90071
(Attorneys for Sullivan & Cromwell)

Rohit K. Singla, Esq.
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor

San Francisco, California 94105
(Attorneys for Sullivan & Cromwell)

Monte S. Travis, Esq.
Travis & Pon
2271 California Street
San Francisco, CA 94115-2813
(Attorneys for Plant Insulation)

Eliot S. Jubelirer, Esq.
Jean L. Bertrand, Esq.
Morgenstein & Jubelirer
One Market, Speak Street, Tower, 32nd Floor
San Francisco, CA 94105
(Additional Counsel for Plaintiffs)

Nancy E. Hudgins, Esq.
Law Offices of Nancy E. Hudgins
565 Commercial Street, 4th Floor
San Francisco, CA 94111
(Attorneys for Uniroyal Holdings, Inc.)

Alan Pedlar, Esq.
The Law Office of Alan Pedlar
1112 Via Malibu
Aptos, CA 95003
(Additional Counsel for Plaintiffs)

Laura Davis Jones, Esq.
James E. O'Neill, III, Esq.
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Attorneys for The Flintkote Company)

Kelly C. Wooster, Esq.
112 Rock Creek Court
P.O. Box 62
Copperopolis, CA 95228
(Additional Counsel for Plaintiffs)

Marla Eskin, Esq.
Kathleen Campbell, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Counsel for the Official Committee of Creditors)

James L. Patton, Jr., Esq.
Edwin J. Harron, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street 17th Floor
P.O. Box 391
Wilmington, De 19899-0391
(Counsel to Legal Representative)

*/s/ Jason M. Madron*
Jason M. Madron (DE Bar No. 4431)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
Fax: (302) 651-7701
Email: madron@rlf.com