IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARLENE HOPKINS, individually, :
as Wrongful Death Heir, and as :
Successor-in-Interest to :
NORMAN HOPKINS, JR., Deceased; :
and MICHELLE HOPKINS, and :
MICHAEL HOPKINS, as Legal :
Heirs of NORMAN HOPKINS, :
Deceased, THE FLINTKOTE :
COMPANY, THE OFFICIAL :
COMMITTEE OF THE ASBESTOS :
PERSONAL INJURY CLAIMANTS, :
and JAMES J. McMONAGLE as the :
LEGAL REPRESENTATIVE FOR :
FUTURE ASBESTOS PERSONAL :
INJURY CLAIMANTS, :
　　　　　　　　　　　　　　　　 :
　　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　 :
　　　　v. : Civil Action No. 06-298-JJF
　　　　　　　　　　　　　　　　 :
PLANT INSULATION COMPANY; :
UNIROYAL HOLDING, INC.; :
IMPERIAL TOBACCO CANADA :
LIMITED; SULLIVAN & CROMWELL :
LLP; and DOES 1 through 100, :
　　　　　　　　　　　　　　　　 :
　　　　　　　Defendants. :

O R D E R

At Wilmington, this <u>13</u> day of June 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Emergency Petition For An Order Of Transfer Pursuant To 28 U.S.C. § 157(b)(5) is **<u>DENIED</u>**.

　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE